March 23, 2020

Honorable Judge Thomas Kleeh

United States District Judge

FILED

MAR 26 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Re: Brendan R. Boddie

Docket # 1:19 CR-16

## Compassionate Release 18 U.S.C. 3582(c)(1)(A)

     I Brendan R. Boddie Pro se litigant here by submit a motion for compassionate release under 18 U.S.C 3582©(1)(A) for the consideration of the Clarksburg Federal District Courts and the Honorable Judge Kleeh.

     I Hereby submit the following rationale for your review,

     Before my incarceration I was the sole caregiver to my elderly disabled grandparents, Kathleen and Gerald Smith living in our neighboring state Virginia. My grandmother had a severe stroke leaving her physically crippled and my grandfather being in poor health, with multiple open-heart surgeries and currently with deteriorating   health. I would routinely travel to tend to their basic needs as well as medical; picking up medications, assisting with doctor appointments, grocery shopping, house c leaning and lawn care. I am also the closet family member to be able to assist them when needed and or get to them the quickest If there was some type of emergency.

     Since my incarceration, they have had little to no assistance and have suffered immensely from my absence. Your Honor with the Pandemic CODVIID19 Corona Virus primarily being a direct threat to the elderly with pre-existing conditions, I believe they need me more than ever. I was also, the primary caregiver to my household that includes my Wife Amie Boddie and three stepchildren Patrick (16), Connor (14) and Liam (12), in which our youngest requires accommodations for learning and currently speaking mental and behavior care. I have also been informed from my wife that she is struggling financially to keep up care for the financial obligations we have.

     Prior to my self surrender I was employed full time with Superior Fibers, (in which the company state d I would be re-hired once I can come back), I also had a flawless track record while on Pre-trial and have strong support from that team. Your Honor I ask that you consider granting my motion so I can return to work and provide support to my family. I ask if you cannot grant my compassionate  release, to please consider an alternative by placing me on home confinement for  the remainder of my sentence, so at the very least I can provide financial support to my family and continue to assist my grandparents when needed.

Thank you for your time and consideration,

Sincerely,

Brendan Boddie