1:19CR16-20

Brenden R. Boddie

FILED
APR 23 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

As requested per Andrew Cogar

and for the consideration of Honorable Judge Kleeh,

Enclosed is remedy ID 1011984-F2 as proof of fulfilling the requirements of the process within the BOP

See as such, remedy ID is in fact a appeal to original compassionate release request a month prior, as being incarcerated and on a nationwide lockdown it is difficult to obtain exact information but the BOP should have the information logged if requested by counsel.

- Also inclosed is further information and rationale for the Honorable Judge Kleeh to consider in my case for compassionate release.

As reference points when regarding the exhaustion of BOP remedy process. The BOP is bias in regards of dealing with granting release. They have so far denied 3582 requests with a clear conflict of interest.

Referenced Cases

Washington 925 F. 3d Ct 118
    and
US vs Colvin 3:19cr179