From: Brendan R. Boddie
#12862-087
FCI Beckley
P.O. Box 350
Beaver WV, 25813

FILED

JUN 25 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

To: Clerk
United States District Court
Northern District of West Virginia
500 West Pike Street, Room 301
P.O Box 2857
Clarksburg WV, 26302-2857

To whom it may concern,

- I Brendan R. Boddie hereby request a copy of the Grand Jury Minutes in my indictment, Case NO. 1:19CR16-2, under The Freedom of Information Act (FOIA), 5 U.S.C. §552 (2008) W.VA code Ann §§29 B-1-1 to 29 B-1-7 (LexisNexis 2007 & Supp. 2008).
- I need these records for evidence and research purposes towards my 2255(F)(1) motion currently on the docket. Please forward documents certified to the address above. Thank you.

Signed: B___ R___ Brendan Boddie