FILED: August 25, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 20-6579
(1:19-cr-00016-TSK-MJA-2)

———————————

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.

BRENDAN BODDIE

     Defendant - Appellant

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the district court order entered May 14, 2020, is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                            /s/ PATRICIA S. CONNOR, CLERK