# THE UNITED STATES COURT NORTHERN DISTRICT OF WEST VIRGINIA

FILED
SEP 23 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Case #: 1:20-cv-00120-TSK-MJA

BRENDAN BODDIE
Appellee;

V.S.

UNITED STATES
Appellate;

## Motion For Default

Petitioner, Brendan R. Boddie, "Pro Se", moves for an order to place the Government in Default per Federal Rule 12(a)(2), As they have failed to issue any argument of law within the (60) days permitted after the filing of Petitioners 2255 Motion to vacate his conviction, docketed 07/13/20. With the deadline to docket a opposition Statement having passed on 09/11/20, Petitioner moves

for the Court to grant this motion placing the Government in Default and proceed with the Summary Judgement to address the Petitioners habeaus Corpus petition promptly and timely as a matter of Law.

Brendon R. Boddie
#12862-087
FCI Beckley
P.O. Box 350
Beaver WV, 25813

*[signature]*
09/17/20