## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

**BRENDAN BODDIE,**

    **Petitioner,**

v.                                           **Civil Action No. 1:20cv120**
                                              **Criminal Action No. 1:19cr16-2**
                                              **(Judge Kleeh)**

**UNITED STATES OF AMERICA,**

    **Respondent.**

## ORDER GRANTING UNITED STATES'
## MOTION TO CONTINUE BRIEFING DEADLINE

On a former day, came the Respondent and moved the Court to continue the briefing deadline in this case.

It appearing to the court that good cause exists for said motion, Respondent's motion [ECF No. 131] is GRANTED. Accordingly, it is hereby

ORDERED that the time by which the Respondent must respond to the Petitioner's Motion to Vacate is designated as **January 25, 2021**.

Petitioner shall have **twenty-eight days after the date the government files its response** to file any reply he may have.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this Order to the *pro se* Petitioner by certified mail, return receipt requested, to his last known address as shown on the docket, and to transmit a copy electronically to all counsel of record.

DATED: November 9, 2020

                                                           /s/ *Michael John Aloi*
                                                           MICHAEL JOHN ALOI
                                                           UNITED STATES MAGISTRATE JUDGE