IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                        CRIMINAL ACTION NO. 1:19CR16-2
                                                    (KLEEH)

**BRENDAN BODDIE,**

    **Defendant.**

### MEMORANDUM OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR JUDICIAL RECOMMENDATION AS MOOT [ECF NO. 169]

On November 25, 2019, the Court sentenced the defendant, Brendan Boddie ("Boddie"), to thirty-six (36) months of incarceration to be followed by three (3) years of supervised release [ECF No. 61]. On December 14, 2021, Bodie filed a motion asking the Court to make a recommendation to the BOP that he be released to a halfway house [ECF No. 169]. Because the BOP released Boddie from custody his motion is **DENIED AS MOOT.**

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to Boddie by certified mail, return receipt requested, and to counsel of record by electronic means.

DATED: December 5, 2022

                                                       /s/ Tom S Kleeh
                                        THOMAS S. KLEEH, CHIEF JUDGE
                                        NORTHERN DISTRICT OF WEST VIRGINIA